UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| STEVEN WAYNE FELDMANN, | Case No. 3:15-cv-00132-MMD-VPC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| DEPARTMENT OF CORRECTIONS LOS ANGELES, CALIFORNIA, *et al.*, | |
| Defendants. | |

This case has been transferred. Plaintiff should file all future filings with the transferee court, the Central District of California, Eastern Division. The Court will not accept any further filings in this case. The Clerk is directed to send another copy of the transfer order (dkt. no. 3) and the two orders docketed as dkt. nos. 8 and 13. It is therefore ordered that Plaintiff's Motion Pro Se to "Dismiss" and Waive Court Costs (dkt. no. 11) and Motion Pro Se to Dismiss and Waive Courts Costs do too stolen documents within the legal system to relieve any confrontations (dkt. no. 12) are denied.

DATED THIS 15th day of April 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE